United States District Court
Southern District of Texas
**ENTERED**
October 03, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| RAMON DOMINGO DIAZ JR, *et al*, | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 5:15-CV-185 |
| BLUECOAST EXPRESS, *et al*, | § |
| Defendants. | § |

## ORDER

The parties have jointly requested that the Court stay any open deadlines relating to liability expert designation until October 14, 2016, given an open settlement offer and the parties' ongoing active settlement efforts. (Dkt. No. 48). The parties have indicated they will file an updated advisory on October 14 regarding the status of the case and any further request for extension of deadlines. (*Id*.).

In the interest of promoting the just, speedy, and inexpensive determination of this action, the Court again **STAYS** open deadlines relating to expert liability designation in this case. The parties shall file an advisory, as they have proposed, regarding settlement status and any further abeyance request by **October 14, 2016**.

IT IS SO ORDERED.

SIGNED this 3rd day of October, 2016.

DIANA SONG QUIROGA
United States Magistrate Judge