IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **RAMON DOMINGO DIAZ, JR, JOSE RODRIGUEZ AND JAMES BRANDON MARTINEZ** | § § § § | |
| **Plaintiffs** | § § | |
| VS. | § | CIVIL ACTION NO. 5:15-CV-185 |
| **SHIRE ABDULKADIR AND BLUECOAST EXPRESS** | § § § § | |
| **Defendants** | § § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs RAMON DOMINGO DIAZ, JR., JOSE RODRIGUEZ, JAMES BRANDON MARTINEZ ("Plaintiffs") and Defendant BLUECOAST EXPRESS TRANSPORT, INC. incorrectly named in Plaintiffs' Pleading as "Bluecoast Express" and ABDULKADIR SHIRE ("Defendants") (hereinafter collectively referred to as "the Parties"), file this Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Plaintiffs and Defendants have reached a settlement which disposes of all claims brought by Plaintiffs against Defendants in this matter. For that reason, the Parties stipulate that all of Plaintiffs' claims and causes of action asserted against Defendants in this action are dismissed with prejudice, with all costs of court to be paid by the party incurring same.

1

**AGREED:**

| | |
|---|---|
| /s/  Paula A. Wyatt | /s/ Michael S. Beckelman |
| Paula A. Wyatt | Michael S. Beckelman |
| State Bar No. 10541400 | State Bar No. 24042401 |
| 21 Lynn Batts Lane, Suite 10 | 909 Fannin Street, Suite 3300 |
| San Antonio, TX 78218 | Houston, Texas 77020 |
| Telephone:  (210) 340-5550 | Telephone:  (713) 353-2000 |
| Facsimile:  (210) 340-5581 | Facsimile:   (713) 785-7780 |
| Email: pwyatt@wyattlawfirm.com | Email:  Michael.Beckelman@WilsonElser.com |

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS RAMON DOMINGO DIAZ, JR., JOSE RODRIGUEZ, JAMES BRANDON MARTINEZ**

**ATTORNEY-IN-CHARGE FOR DEFENDANT BLUECOAST EXPRESS TRANSPORT, INC. AND ABDULKADIR SHIRE**